CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 0 1 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ROBERT K. PISTNER, | ) | |
| Plaintiff, | ) | Civil Action No. 7:13cv00345 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| PSYCHIATRISTS AND | ) | |
| PSYCHOLOGISTS, et al., | ) | |
| | ) | By: Hon. James C. Turk |
| Defendants. | ) | Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that Pistner's complaint is **DISMISSED** without prejudice under 28 U.S.C. § 1915A(b)(1), and this action is stricken from the active docket of the court.

ENTER: This 1st day of August, 2013.

/s/ James C. Turk
Senior United States District Judge